IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:17 cr 28

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff | ) | |
| | ) | |
| V | ) | **ORDER** |
| | ) | |
| ROGER DARRYL BROOKS. | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on J. Thomas Amburgey's Application for Admission to Practice *Pro Hac Vice* of Mark A. Hammer. It appearing that Mark A. Hammer is a member in good standing with the Missouri State Bar and will be appearing with J. Thomas Amburgey, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorneys seeking admission has been provided, the Court enters the following Order.

### ORDER

**IT IS, THEREFORE, ORDERED** that the Application for Admission to Practice *Pro Hac Vice* (#27) is **GRANTED**, and that Mark A. Hammer is

**ADMITTED** to practice, *pro hac vice*, before the Bar of this Court while associated with J. Thomas Amburgey.

Signed: August 2, 2017

Dennis L. Howell
United States Magistrate Judge